AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPTUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
JOSE ANTONIO BANUELOS-DIAZ

*Defendant(s)*

Case No. 2:26-mj-06070-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/28/07, 10/22/25 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statements in a Naturalization Application |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Eric Diaz, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7:14 PM 10/16/26

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

**AFFIDAVIT**

I, Eric Diaz, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for JOSE ANTONIO BANUELOS-DIAZ ("BANUELOS-DIAZ") for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since December 2024. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrest for offenses enumerated in Title 18, United States Code. During my tenure as a Special Agent, I have completed approximately six months of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia, completing the Criminal Investigator Training Program, and HSI's add-on training, Homeland Security

Investigations Special Agent Training. Prior to my employment with HSI, I was employed by the Lee County (Florida) Sheriff's Office ("LCSO") for approximately eight years. During my tenure with LCSO, I investigated and assisted in numerous investigations involving the distribution and possession of narcotics, property crimes, and crimes against persons. Additionally, I hold a master's degree in criminal justice, earned in December of 2021 from Florida Gulf Coast University.

4. I am currently assigned to Homeland Security Task Force ("HSTF") Group 4, which is a cyber financial group that is responsible for investigating cybercrimes, cyber enabled crimes, and financial crimes related to illicit cryptocurrency and financial technology platforms. As part of this assignment, I am currently investigating organizations involved in illegal activities during protests and the use of cyber and digital tools to do the same.

## III. **STATEMENT OF PROBABLE CAUSE**

5. Department of Homeland Security ("DHS") records reveal that BANUELOS-DIAZ was born on March XX, 1984, in Mexico, and is a native and citizen of Mexico, who entered the United States in 2001 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

6. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for Banuelos-

Diaz with fraud indicators that Banuelos-Diaz either registered to vote, has voted, or both.

7. During the HSI investigation of BANUELOS-DIAZ, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number A XXXXXX424 in the name "BANUELOS-DIAZ" with a date of birth of March XX, 1984, country of birth and citizenship as Mexico. This record also lists additional identifying information for BANUELOS-DIAZ to include a physical address: XXXX S Orange DR # 3, Los Angeles, CA 90016, a telephone number ending in -0948, and date of birth of March XX, 1984.

8. Immigration documentation, specifically Form N-400 records for BANUELOS-DIAZ, also lists his birth country and citizenship as Mexico, and contains a Social Security number ending in -9155.

9. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number DXXXX174 is associated with the name "BANUELOS-DIAZ" and is associated with the same address on XXXX S Orange Dr # 3, Los Angeles, CA 90016. The latest issue date of this record is February 26, 2026, and it contained a photograph which SAs believe depicts BANUELOS-DIAZ based on SAs' comparison to other photographs of BANUELOS-DIAZ. This record also shows a date of birth as March XX, 1984, and contains an image of BANUELOS-DIAZ's signature.




10. During the HSI investigation of BANUELOS-DIAZ, SAs subpoenaed the Los Angeles County Registrar's Office for Voter Registry Information for BANUELOS-DIAZ associated with the same address on XXXX S Orange Dr # 3, Los Angeles, CA 90016.

11. In September 2026, SAs received a certified voter registration application number XXXXX5088, a voter registration receipt, and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "BANUELOS-DIAZ" and lists the same address on XXXX S Orange Dr # 3, Los Angelas, CA 90016.

12. Under the application question of "Are you a citizen of the United States of America" the answer "yes" is checked.

Following a declaration under penalty of perjury warning, the voter registration application is signed and dated October 28, 2007.



NOTICE: It is a felony if you sign this statement even though you know it is untrue; you can be fined and imprisoned for up to three years.

Yes / No — Are you a citizen of the United States of America?

Yes / No — Will you be 18 years of age on or before election day?

If you checked "no" in response to either of these questions, do not complete this form.

VOTER DECLARATION – Read, sign, and date below.

13 I am a U.S. citizen, will be at least 18 years old on or before the next election, and am not imprisoned or on parole for a felony conviction. I certify under penalty of perjury under the laws of the State of California that all the information on this form is true and correct.

SIGNATURE—You must sign and date in box below.

AVISO: Es un delito mayor firmar esta declaración a sabiendas de que no es verdadera; lo pueden multar y lo pueden dar hasta tres años de cárcel.

Sí / No — ¿Es usted ciudadano de los EE.UU.?

Sí / No — ¿Tendrá al menos 18 años de edad el día de las elecciones o antes?

Si marcó "no" como respuesta a alguna de estas preguntas, no llene este formulario.

DECLARACIÓN DEL VOTANTE — Lea, firme e indique la fecha abajo.

Soy ciudadano de los Estados Unidos, tendré por lo menos 18 años de edad el día o antes de la elección siguiente, y no estoy en prisión ni bajo libertad condicional debido a una condena por un delito grave. Certifico bajo pena de falso testimonio según las leyes del Estado de California que toda la información contenida en este formulario es correcta y verdadera.

FIRMA—Debe firmar y fechar en la casilla a continuación.

X Signature - Firma

Today's date - La fecha de hoy 102807

91 AV 377453

13. The voter application also provided the following for BANUELOS-DIAZ:

a. California ID number DXXXX174

b. Date of birth as March XX, 1984

c. Place of birth as "CA"

d. Phone number as (310) 466-XXXX

14. The signature supplied by the voter and attached to voter application number XXXXX5088 is in the name of BANUELOS-DIAZ and appears to match BANUELOS-DIAZ's signature on his California driver's license dated February 26, 2025.

15. Additionally, SAs have reviewed DHS records to

determine whether BANUELOS-DIAZ has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show BANUELOS-DIAZ is seeking naturalization and filed an N-400 application. Records of photo identification were uploaded to the application including a copy of BANUELOS-DIAZ's Permanent Residence Card.




16. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

| | | |
|---|---|---|
| 1. | Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? | ☐ Yes ☒ No |
| 2. | Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." | ☐ Yes ☒ No |

17. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is signed and dated October 22, 2025.

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

| | | |
|---|---|---|
| **4.** | Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable) | Date of Signature (mm/dd/yyyy) |
| ➡ | Jose a. Banuelos Diaz | 10/22/2025 |

18. The Form N-400 Naturalization application also provided the following for BANUELOS-DIAZ:

a. Alien Number as A XXXXXX424

b. Date of birth as March XX, 1984

c. Place of birth as Mexico

d. "SSN4" as -9155

e. Phone number as (310)466-XXXX

19. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my

background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

20. Based on the foregoing, I believe there is probable cause to believe that BANUELOS-DIAZ knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote and secure the issuance of an election ballot permitting him to vote in a California and federal election in violation of 18 U.S.C. § 1015(a).

/s/

ERIC DIAZ, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE